## SUPREME COURT.

### HEMPHILL agt. TRULL *et al.*

An *appeal* from an order made at special term, sustaining exceptions to a referee's report upon a question of fact reversing the referee's decision, cannot be taken directly to the general term. Judgment must first be entered and the appeal taken from that.

*Third Department, Albany General Term, January,* 1874.

THIS was an action to partition certain real estate in Cohoes, and to determine whether a certain judgment standing on record had been paid. That question was sent to a referee, who reported the judgment paid. The owner of the judgment filed exceptions to the report, which were argued before judge INGALLS, who sustained the exceptions and held the judgment unpaid. Without entering judgment the plaintiff appealed directly from that order to the general term.

C. F. DOYLE and J. F. CRAWFORD, *for the appellant.*

E. F. BULLARD, *for the respondent,* claimed that the appeal was premature, and that the only mode to review the decision was to allow judgment to be entered, and then appeal from the judgment. The court sustained that view, and dismissed the appeal with costs.